‑2AO 106A (08/ 18) Application for a Warrant by Telephone or Other Reliable Electronic Means



LODGED
CLERK, U.S. DISTRICT COURT
11/3/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
11/03/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

# United States District Court

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| ANDREA LEON | CASE NUMBER: 2:23-mj-05681-duty |
| **REG#:** 78626-112 | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about October 21, 2023, in Los Angeles County, in the Central District of California, defendant Andrea LEON ("LEON") escaped from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751.

I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about October 23, 2023, the United States Marshals Service received information from Juan Herrera, Residential Reentry Chief Executive Officer at GEO Care Residential Reentry Center ("RRC"), stating that LEON had escaped from GEO Care RRC located at 11750 Ramona Blvd., El Monte, California 91732. According to Bureau of Prison ("BOP") records, LEON is a Hispanic female measuring approximately 5 feet tall, weighing approximately 158 pounds, with black hair and brown eyes.  LEON is a U.S. citizen, and was born on July 14, 1975.

From my review of court and BOP records, I understand that, on or about November 3, 2021, in the United States District Court for the Central District of California, LEON was sentenced to a term of 63 months' imprisonment with three years of supervision to follow for conspiracy to distribute methamphetamine in violation of Title 21, United States Code Section 846.  *See* Case No. 8:19-cr-00155-DOC-2, Dkt. 110 (C.D. Cal. Nov. 3, 2023).  LEON was transferred from United States Federal Correction Institution Dublin to the GEO Care RRC on March 13, 2023, to serve the remainder of her sentence.  LEON was scheduled to be released from the GEO Care RRC on March 11, 2024.

On or about October 21, 2023, at approximately 8:40 a.m., RRC staff observed LEON walk off the property with all of her belongings without authorization from staff.  BOP placed LEON on an escape status due to her unknown whereabouts.  As of today's date, LEON's whereabouts are unknown.
Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by telephone

/s/ *Gabriel Ybarra*
_____
Signature of Complaint
Gabriel Ybarra
Deputy U.S. Marshal

November 3, 2023 _____
Date

at Los Angeles, California
City and State

Hon. Pedro V. Castillo
Name & Title of Judicial Officer

_____
Signature of Judicial Officer